UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

KERRI SHAPIRO, an individual; on behalf of herself and all others similarly situated,

Plaintiff(s),

vs.

TREASURE ISLAND, LLC, a Nevada limited company d/b/a Treasure Island Hotel & Casino; et al.,

Defendant(s).

Case #2:17-cv-02930-APG-CWH

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Joshua T. Ripley_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Berger & Montague, P.C._____
(firm name)

with offices at _____1622 Locust Street_____,
(street address)

_____Philadelphia_____, _____Pennsylvania_____, _____19103_____,
(city) (state) (zip code)

_____(215) 875-3000_____, _____jripley@bm.net_____
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Kerri Shapiro_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since November 2, 2015 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Pennsylvania (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of Pennsylvania | November 2, 2015 | 321190 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.) None

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.) None

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.) Pennsylvania

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| December 29, 2017 | Chapman v Penn Nat'l | District of Nevada | Granted |
| January 5, 2018 | Bowes v NV Prop 1 | District of Nevada | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Pennsylvania )
                      )
COUNTY OF Philadelphia )

_____Joshua T. Ripley_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__3__ day of __January__, __2018__.

__Angela M. Hickman__
Notary Public or Clerk of Court

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
ANGELA M. HICKMAN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires May 10, 2021

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Don Springmeyer___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____3556 E. Russell Road, Second Floor_____
(street address)

| Las Vegas | Nevada | 89120 |
|---|---|---|
| (city) | (state) | (zip code) |

| (702) 341-5200 | dspringmeyer@wrslawyers.com |
|---|---|
| (area code + telephone number) | (Email address) |

4

Rev 5 16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Don Springmeyer_____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_____
(party's signature)

Kerri Shapiro
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

1021                    dspringmeyer@wrslawyers.com
Bar number              Email address

APPROVED:

Dated: January 8, 2018.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Joshua Taylor Ripley, Esq.*

DATE OF ADMISSION

*November 2, 2015*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: November 8, 2017

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk