# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KERRI SHAPIRO, an individual, on behalf of herself and others similarly situated,

Plaintiff(s),

vs.

TREASURE ISLAND, LLC, et al.,

Defendant(s).

Case # 2:17-cv-02930

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Frank B. Ulmer_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

McCulley McCluer PLLC
(firm name)

with offices at _____1022 Carolina Blvd., Ste. 300_____,
(street address)

___Charleston___, ___South Carolina___, ___29451___,
(city) (state) (zip code)

___855-467-0451___, ___fulmer@mcculleymccluer.com___.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

___Kerri Shapiro___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since November 17, 2008, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of South Carolina (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of the United States | January 8, 2008 | 266421 |
| U.S. District Court for District of South Carolina | May 6, 2011 | 11071 |
| Virginia | October 1, 2002 | 48855 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.) none

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.) none

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.) South Carolina and Charleston County

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| December 29, 2017 | Chapman v. Penn Nat'l | District of Nevada | Granted |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___South Carolina___ )
                              )
COUNTY OF ___Charleston___    )

___Frank B. Ulmer___, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__18__ day of __December__, __2017__.

_____
Notary Public or Clerk of Court

[Notary Seal: REBECCA GONZALES, NOTARY PUBLIC, SOUTH CAROLINA, COMM. EXP. NOVEMBER 29, 2022]

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Don Springmeyer___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___3556 E. Russell Rd., 2d Flr.___,
(street address)

___Las Vegas___, ___Nevada___, ___89120___.
(city)           (state)         (zip code)

___702-341-5200___, ___dspringmeyer@wrslawyers.com___.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) __Don Springmeyer__ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

_____
(type or print party name, title)
Kerri Shapiro

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

1021                    dspringmeyer@wrslawyers.com
Bar number              Email address

APPROVED:

Dated: January 8, 2018.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# Supreme Court of Virginia

## AT RICHMOND

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

### FRANK BURTON ULMER

was admitted to practice as an attorney and counsellor at the bar of this Court on October 28, 2002.

I further certify that so far as the records of this office are concerned, FRANK BURTON ULMER is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court

This 21st day of November

A.D. 2017

By: _____
Deputy Clerk

# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Daniel E. Shearouse, Clerk of the Supreme Court of South Carolina, do hereby certify that Frank Burton Ulmer was duly sworn and admitted as an attorney in this state on November 17, 2008, and is currently a regular member of the South Carolina Bar in good standing.

DANIEL E. SHEAROUSE, CLERK

BY *[signature]*
DEPUTY CLERK FOR BAR ADMISSIONS

Columbia, South Carolina

November 15, 2017