1  Joel E. Tasca
   Nevada Bar No. 14124
2  Lindsay Demaree
   Nevada Bar No. 11949
3  Russell J. Burke
   Nevada Bar No. 12710
4  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
5  Las Vegas, Nevada 89135
   Telephone: (702) 471-7000
6  Facsimile: (702) 471-7070
   tasca@ballardspahr.com
7  demareel@ballardspahr.com
   burker@ballardspahr.com

*Attorneys for Defendants*
*Treasure Island, LLC, a Nevada*
*limited liability company d/b/a*
*Treasure Island Hotel & Casino and*
*Ruffin Acquisition, LLC, a Nevada*
*limited liability company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KERRI SHAPIRO, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TREASURE ISLAND, LLC, a Nevada limited liability company d/b/a Treasure Island Hotel & Casino; and RUFFIN ACQUISITION, LLC, a Nevada limited liability company,<br><br>Defendants. | Case No. 2:17-cv-02930-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR RESPONSIVE PLEADING AND DEADLINE TO RESPOND TO MOTION TO CONSOLIDATE**<br><br>(First Request) |

Pursuant to LR IA 6-1, Plaintiff Kerri Shapiro ("Plaintiff") and Defendants Treasure Island, LLC, a Nevada limited liability company d/b/a Treasure Island Hotel & Casino and Ruffin Acquisition, LLC, a limited liability company (both Defendants collectively as "Treasure Island"), by and through their respective counsel of record, stipulate as follows:

1. Plaintiff filed her Complaint in this matter on November 22, 2017;

2. Plaintiff filed a Motion to Consolidate Cases (ECF No. 5) on or about November 30, 2017;

3. Treasure Island's responsive pleading to the Complaint is currently due on January 30, 2018;

4. Treasure Island's deadline to file a Response to the Motion to Consolidate Cases (ECF No. 5) was December 14, 2017, which was prior to Treasure Island being served in this action;

5. Plaintiff and Treasure Island agree that Treasure Island shall have up to and until February 14, 2018 to file and serve a responsive pleading in this matter;

6. Plaintiff and Treasure Island agree that Treasure Island shall have up to and including February 14, 2018 to file and serve a Response to the Motion to Consolidate Cases (ECF No. 5);

7. The purpose of the extension is that this case involves class-wide allegations under the Internet Tax Freedom Act, and additional time is required to fully investigate and respond;

*[Remainder of Page Intentionally Left Blank]*

DMWEST #17407850 v1

8. This stipulation and order is made in good faith and not for purposes of delay.

| BALLARD SPAHR LLP | WOLF, RIFKIIN, SHAPIRO, SCHULMAN & RABKIN, LLP |
|---|---|
| Dated: January 25, 2018 | Dated: January 25, 2018 |
| By:  /s/ Russell J. Burke<br>　　Joel E. Tasca<br>　　Nevada Bar No. 14124<br>　　Lindsay Demaree<br>　　Nevada Bar No. 11949<br>　　Russell J. Burke<br>　　Nevada Bar No. 12710<br>　　1980 Festival Plaza Drive, Suite 900<br>　　Las Vegas, NV 89135<br><br>*Attorneys for Defendants*<br>*Treasure Island, LLC, a Nevada limited liability company d/b/a Treasure Island Hotel & Casino; and Ruffin Acquisition, LLC, a Nevada limited liability company* | By:  /s/ Don Springmeyer<br>　　Don Springmeyer<br>　　Nevada Bar No. 1021<br>　　3556 East Russell Road, 2nd Floor<br>　　Las Vegas, NV 89120<br><br>Frank B. Ulmer (pro hac to be filed)<br>McCulley McCluer PLLC<br>1022 Carolina Boulevard, Suite 300<br>Charleston, SC 29451<br><br>Joshua T. Ripley (pro hac to be filed)<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br><br>*Attorneys for Plaintiff* |

**IT IS SO ORDERED.**

_____
UNITED STATES ~~DISTRICT JUDGE or~~ MAGISTRATE JUDGE

DATED: January 26, 2018

3

DMWEST #17407850 v1