Joel E. Tasca
Nevada Bar No. 14124
Lindsay Demaree
Nevada Bar No. 11949
Russell J. Burke
Nevada Bar No. 12710
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
demareel@ballardspahr.com
burker@ballardspahr.com

*Attorneys for Defendants*
*Treasure Island, LLC, a Nevada*
*limited liability company d/b/a*
*Treasure Island Hotel & Casino and*
*Ruffin Acquisition, LLC, a Nevada*
*limited liability company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KERRI SHAPIRO, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TREASURE ISLAND, LLC, a Nevada limited liability company d/b/a Treasure Island Hotel & Casino; and RUFFIN ACQUISITION, LLC, a Nevada limited liability company,<br><br>Defendants. | Case No. 2:17-cv-02930-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR RESPONSIVE PLEADING AND DEADLINE TO RESPOND TO MOTION TO CONSOLIDATE**<br><br>(Second Request) |

Pursuant to LR IA 6-1, Plaintiff Kerri Shapiro ("Plaintiff") and Defendants Treasure Island, LLC, a Nevada limited liability company d/b/a Treasure Island Hotel & Casino and Ruffin Acquisition, LLC, a limited liability company (both Defendants collectively as "Treasure Island"), by and through their respective counsel of record, stipulate as follows:

1. Plaintiff filed her Complaint in this matter on November 22, 2017;

DMWEST #17454027 v1

2. Plaintiff filed a Motion to Consolidate Cases (ECF No. 5) on or about November 30, 2017;

3. On or about January 26, 2018, this Court entered an Order extending the deadline until February 14, 2018 for Treasure Island to respond to both the Complaint and the Motion to Consolidate;

4. Plaintiff and Treasure Island agree that Treasure Island shall have an additional thirty days, up to and including March 16, 2018, to file and serve a responsive pleading and a Response to the Motion to Consolidate;

5. The purpose of the extension is that this case involves class-wide allegations under the Internet Tax Freedom Act, and additional time is required to fully investigate and respond;

*[Remainder of Page Intentionally Left Blank]*

DMWEST #17454027 v1

1       6.     This stipulation and order is made in good faith and not for purposes of
2 delay.

| BALLARD SPAHR LLP | WOLF, RIFKIIN, SHAPIRO, SCHULMAN & RABKIN, LLP |
|---|---|
| Dated: February 9, 2018 | Dated: February 9, 2018 |
| By:   /s/ Russell J. Burke<br>    Joel E. Tasca<br>    Nevada Bar No. 14124<br>    Lindsay Demaree<br>    Nevada Bar No. 11949<br>    Russell J. Burke<br>    Nevada Bar No. 12710<br>    1980 Festival Plaza Drive, Suite 900<br>    Las Vegas, NV 89135<br><br>*Attorneys for Defendants*<br>*Treasure Island, LLC, a Nevada limited liability company d/b/a Treasure Island Hotel & Casino; and Ruffin Acquisition, LLC, a Nevada limited liability company* | By:   /s/ Don Springmeyer<br>    Don Springmeyer<br>    Nevada Bar No. 1021<br>    3556 East Russell Road, 2nd Floor<br>    Las Vegas, NV 89120<br><br>Frank B. Ulmer (pro hac to be filed)<br>McCulley McCluer PLLC<br>1022 Carolina Boulevard, Suite 300<br>Charleston, SC 29451<br><br>Joshua T. Ripley (pro hac to be filed)<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br><br>*Attorneys for Plaintiff* |

**IT IS SO ORDERED.**

_____
UNITED STATES ~~DISTRICT JUDGE or~~ MAGISTRATE JUDGE
DATED: February 12, 2018

DMWEST #17454027 v1