Don Springmeyer, NSB No. 1021
**WOLF, RIFKIN, SHAPIRO,**
**SCHULMAN & RABKIN**
3556 E. Russell Road, 2nd Floor
Las Vegas, Nevada 89120-2234
Tel: (702) 341-5200
Fax: (702) 341-5300
dspringmeyer@wrslawyers.com

Joshua T. Ripley (pro hac vice)
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, Pennsylvania 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
jripley@bm.net

Frank B. Ulmer (pro hac vice)
**MCCULLEY MCCLUER PLLC**
1022 Carolina Blvd., Ste. 300
Charleston, SC 29451
Tel: (855) 467-0451
Fax: (662) 368-1506
fulmer@mcculleymccluer.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KERRI SHAPIRO, an individual; on behalf of herself and all others similarly situated,<br><br>                Plaintiff,<br><br>     vs.<br><br>TREASURE ISLAND, LLC, a Nevada limited liability company d/b/a/ Treasure Island Hotel & Casino; and RUFFIN ACQUISITION, LLC, a Nevada limited liability company,<br><br>                Defendants. | Case No.: 2:17-cv-02930-APG-CWH<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, by and through the undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against the Defendants.

Dated: June 21, 2018                                                Respectfully submitted,

*/s/ Don Springmeyer*
Don Springmeyer
**WOLF, RIFKIN, SHAPIRO,**
**SCHULMAN & RABKIN, LLP**
3556 E. Russell Road, 2nd Floor
Las Vegas, Nevada 89120-2234
Tel: (702) 341-5200/Fax: (702) 341-5300

1

Joshua T. Ripley (pro hac vice)
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, Pennsylvania 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
jripley@bm.net

Frank B. Ulmer (pro hac vice)
**MCCULLEY MCCLUER PLLC**
1022 Carolina Blvd., Ste. 300
Charleston, SC 29451
Tel: (855) 467-0451
Fax: (662) 368-1506
fulmer@mcculleymccluer.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of June 2018, a true and correct copy of **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  */s/ Dannielle Fresquez*
Dannielle Fresquez, an Employee of
WOLF, RIFKIN, SHAPIRO, SCHULMAN
&RABKIN, LLP